# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>DARNELL CALVIN,<br><br>Defendant(s). | No.: 13-CR-0716-CW-1<br><br>ORDER FOR RELEASE FROM FEDERAL CUSTODY |

The defendant having appeared before the undersigned Magistrate Judge, and upon good showing, IT IS HEREBY ORDERED that the U.S. Marshal and/or representatives, release from federal custody the above-named defendant(s).

Dated: April 24, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge